**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

JAMES SWENO, Civil No. 02-376 (JRT/FLN)

Plaintiff,

v. **ORDER OF REFERENCE**

LIBERTY MUTUAL INSURANCE COMPANY

Defendant.

---

Brian A. Thompson, THOMPSON LAW OFFICE, 4111 Central Avenue Northeast, Suite 203, Columbia Heights, MN 55421, for plaintiff.

Stephen P. Lucke and Kevin C. Braley, DORSEY & WHITNEY, 50 Sixth Street South, Suite 1500, Minneapolis, MN 55402, for defendant.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), **IT IS HEREBY ORDERED** that plaintiff's motion to remand [Docket No. 5] is referred to the Honorable Franklin L. Noel, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for plaintiff is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: April 23, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

APR 24 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK